**United States Bankruptcy Court**
**District of Puerto Rico**

**IN RE:**                                                                      Case No. **3:15-bk-7825**

**ZAYAS ZAYAS, ELISA**                                                          Chapter **13**
_____
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.

2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **10/05/2015**                                ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                                Filed by: ☐ Debtor ☐ Trustee ☐ Other

| I. PAYMENT PLAN SCHEDULE | II. DISBURSEMENT SCHEDULE |
|---|---|
| $ **175.00** x **60** = $ **10,500.00**<br>$_____ x_____ = $_____<br>$_____ x_____ = $_____<br>$_____ x_____ = $_____<br>$_____ x_____ = $_____<br><br>TOTAL: $ **10,500.00** | A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____<br>B. SECURED CLAIMS:<br>☐ Debtor represents no secured claims.<br>☑ Creditors having secured claims will retain their liens and shall be paid as follows: |

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:

1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
 # _____ # _____ # _____
 $ _____ $ _____ $ _____

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Reliable Financial Se** Cr. _____ Cr. _____
 # **A16699157000** # _____ # _____
 $ **2,503.00** $ _____ $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
 # _____ # _____ # _____
 $ _____ $ _____ $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____

6. ☐ Debtor otherwise maintains regular payments directly to:
_____

**I. PAYMENT PLAN SCHEDULE** (continued)

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x_____ = $ _____

PROPOSED BASE: $ **10,500.00**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                       ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
 # _____ # _____ # _____
 $ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,835.00**

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**"Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."**
**Debtor to provide ADEQUATE PROTECTION payments to Reliable Financial Services in the sum of $100.00 per month up to confirmation. Debtor to provide car insurance to Reliable Financial Services 2006 VW Passat through the Trustee, Eastern America Insurance.**

Signed: **/s/ ELISA  ZAYAS ZAYAS**
_____
Debtor

_____
Joint Debtor

Attorney for Debtor **R. Figueroa Carrasquillo Law Office** _____ Phone: **(787) 744-7699**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>ZAYAS ZAYAS, ELISA</u>                                              Case No. <u>3:15-bk-7825</u>

Debtor(s)

**CHAPTER 13 PAYMENT PLAN**
**Continuation Sheet - Page 1 of 1**

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **Marilda Vallejo** | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only