STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**ELISA ZAYAS ZAYAS**  Case No. **15-07825-ESL**

Chapter 13   Attorney Name: **ROBERTO FIGUEROA CARRASQUILLO***

| I. Appearances | | | Date & Time: 11/9/2015 10:25:00AM |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | [X] R  [ ] NR  LV: 0.00 |
| Joint Debtor | [ ] Present | [ ] Absent | [X] This is debtor(s) 1 Bankruptcy filing. |
| Attorney for Debtor | [X] Present | [ ] Absent | Creditors: |
| [ ] Prose | | | Marilda Vallejo Roldan & Nestor Camacho Sanchez |
| [ ] Appearing: | | | Money Express by Ms. Ivelisse Romero |

**II. Oath Administered**

[X] Yes   [ ] No

**III. Plan**

Date: 10/05/2015   Base: $10,500.00   Payments 0 made out of 1 due.

Confirmation Hearing Date:   12/4/2015 11:00:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

$3,000.00 - $165.00 = $2,835.00

**IV. Status of Meeting**

[X] Closed   [ ] Not Held   [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

ELISA ZAYAS ZAYAS                     Case No.   15-07825-ESL

                       Chapter 13     Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [ ] Tax returns missing |
| [X] Fails disposable income |    [ ] State - years |
| [ ] Fails liquidation value test | [ ] Federal - years |
| [ ] Insuarence quote | |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| |    [ ] Premises |
| [ ] Evidence of income |    [ ] Vehicle(s): |
| | [ ] Licenses issued by: |

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

ELISA ZAYAS ZAYAS                                    Case No.    15-07825-ESL

                        Chapter 13        Attorney Name:    ROBERTO FIGUEROA CARRASQUILLO*

---

Trustee's objection to confirmation

[X] Objection to Confirmation
[ ] Oral objection by creditor

I reviewed documentary evidence on the filing of the 2011 thru 2014 state income tax returns.

Debtor(s) made aware of plan's tax refund provision to increase pay-out to creditors.

Counsel reports a liquidation value of zero and trustee concurs.

1. Presiding to review if debtor receives any child support for her 5yrs son listed in Sch J. Sch I needs to be amended $53.00 weekly.

SCMI discloses a household size of 3; however, Sch J only discloses one dependent. As per contract agreement submitted, appears the contract was signed by Debtor and Mr. Abdiel Raul Sanchez. Clarify if he is still living with debtor and why his income was not considered in Sch I. He does live with her but he is unemployed.

2. Debtor exceeds in the amount of $49.00 of exemption taken under d2 over the vehicle. As per Reliable's claim #1, the property has no equity.

3. You have a payroll deduction of $262.67 for a loan; who is the creditor? Luis E. Viloria. He is her employer who made a loan to her and is being paid back thru payroll deductions. Principal approx $2,000.00 in March 2015. Check-off of $216.57 a month. We have a preference her too. Counsel to seek cessation of check-off and return of preference.

4. Creditors are landlord. She owes them $38 for Sept and the months of Oct and November. Monthly installment is $425.00. However, contract expired on Oct. 31, 2015. And plan, although states it is to be assumed, does not provide for curing of arrears. Parties are to see if they can have a negotiated solution.
The following party(ies) object(s) confirmation:

s/Alejandro Oliveras                                            Date:      11/09/2015

Trustee/Presiding Officer                                                  (Rev. 05/13)