IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ELISA ZAYAS ZAYAS

DEBTOR(S)

CASE NO. 15-07825-ESL

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on 11/09/2015. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: 0.00

3. With respect to the attached payment plan:

PLAN DATE: December 22, 2015          PLAN BASE: $10,500.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 12/30/2015

[ ] FAVORABLE          [X] UNFAVORABLE

[X] OTHER:

1) According with plan provision, debtor rejects residential contract with Marilda Vallejo; however, amended Schedule J includes mortgage payment of $400.00 in item #4. Debtor needs to clarify said expense since evidence of new lease agreement has not been included in Schedules. 2) Provide evidence from debtor's employer of the cancellation of personal loan's deduction.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$165.00/$2,835.00

Atty: ROBERTO FIGUEROA

/s/ Pedro R Medina
Pedro R Medina

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - GB