UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

### Hearing Information:

**Debtor:** ELISA ZAYAS ZAYAS
**Joint Debtor:**

**Case Number:** 15-07825-ESL13                    **Chapter:** 13

**Date / Time / Room:** 4-6-2016     9:00 AM       **Courtroom:** #2

**Bankruptcy Judge:** Hon. Enrique S. Lamoutte

**Courtroom Clerk:** DENNIS RODRIGUEZ
**Reporter / ECR:** LOURDES ALVAREZ

### Matter:
Doc# 13 Amended Plan Dated 12/22/15  *un tar (Hrs)*  *2 months arrears / paid yesterday / only current month owed.*
*now tar.*

### Appearances:
**Trustee:** ALEJANDRO OLIVERAS RIVERA   *Pedro Medina.*
**Debtor/ Plaintiff Attorney:** ROBERTO FIGUEROA CARRASQUILLO
**Movant:**

### Proceedings:
ORDER:

**X** __ (Amended) dated *12/22/15* [Docket no. *13* ] **X** CONFIRMED ____ NOT CONFIRMED ____ LBR 3015

____ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

____ Upon debtor[s]' failure to: ____ to appear at the 341 meeting of creditors, ____ make current payments to the Chapter 13 trustee, ____ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

____ The trustee is awarded $100.00 costs, ____ balance up to balance of fee to debtor[s]' attorney.

____ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ____ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

____ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

____ There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ____] is hereby granted.

____ The parties are granted ____ days to file a settlement agreement.

____ Hearing on Confirmation/Contested Matter is continued to: _____

____ Attorney's Fees: $3,000.00; Other:

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge