# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE | CASE NO. 15-07825-ESL |
|---|---|
| ELISA ZAYAS ZAYAS | CHAPTER: 13 |
| DEBTOR(S) | |

## MOTION REQUESTING DISMISSAL

**TO THE HONORABLE COURT:**

Comes now, **RELIABLE FINANCIAL SERVICES, INC.,** holder of a secured claim and Movant herein, and respectfully sets forth and prays:

1. Movant is the holder in due course of a duly executed conditional sales contract over motor vehicle VOLKS PASSAT 2006 registered under number 8244, executed by debtor(s) on OCTOBER 20, 2010.

2. Debtor's(s') Chapter 13 Plan was confirmed on APRIL 7, 2016. Said plan calls for $175.00 X 60 payments. Movant is proposed to be paid 100% of its claim through the Chapter 13 Trustee's Office (Trustee).

3. However, according to the records made available to creditors by the Trustee, as of today's date, debtor(s) has (have) only paid $**3,325.00**, out of $ **3,850.00** due.

4. Section 1307 (c) (6) of the Bankruptcy Code provides for the dismissal of a case under chapter 13 for "material default by the debtor with respect to a term of a confirmed plan."

**WHEREFORE**, Movant requests the dismissal of the instant case since debtor(s) has (have) defaulted on the payments to the Chapter 13 Trustee.

QURMTDFC.doc

## NOTICE

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the **ALEJANDRO OLIVERAS,** Trustee and **ROBERTO FIGUEROA CARRASQUILLO,** Debtor(s) Attorney and that we have sent copy of this document through regular mail to Debtor(s) **ELISA ZAYAS ZAYAS, PO BOX 712 PUNTA SANTIAGO, PR 00741** and to all non CM/ECF participants interested as per mailing list which is hereby included.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 9th day of AUGUST, 2017.

**/S/ CARLOS E. PEREZ PASTRANA**
**USDC-208913**
Attorney for Movant
PO BOX 21382
SAN JUAN, PR 00928-1382
TEL. 787-625-6645 FAX: 787-625-4891
cperezp@reliablefinancial.com

QURMTDFC.doc

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:

ELISA ZAYAS ZAYAS

CASE NO. 15-07825-ESL

CHAPTER 13

DEBTOR(S)

## MOTION SUBMITTING DECLARATION
## UNDER PENALTY OF PERJURY

Comes now, **RELIABLE FINANCIAL SERVICES,INC.**, holder of a secured claim and Creditor herein and submitting to the Honorable Court the following declaration:

I, **Felipe Marrero Clemente**, **Bankruptcy Officer** for RELIABLE FINANCIAL SERVICES, declare under penalty of perjury, the following:

That according to the enclosed certification, provided by Department of Defense Manpower Data Center (DMDC), debtor(s) is(are) not on active military duty nor in the military service and does not fall within the Service Member Civil Relief Act of 2003.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 09 day of AUGUST, 2017.

**/S/Felipe Marrero Clemente**
**Bankruptcy Officer**
P. O. Box 21382
San Juan, PR 00928-1382
Tel: (787)625-6717 Fax: (787)625-4891
fmarreroc@reliablefinancial.com

QURMTDNOMI_10G.RDF
v 20111005

Department of Defense Manpower Data Center

Results as of : Aug-09-2017 08:26:15 AM

SCRA 3.0



# Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-4255

Birth Date:

Last Name: ZAYAS

First Name: ELISA

Middle Name:

Active Duty Status As Of: Aug-09-2017

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: 4FC9BA42N504U80

```
Label Matrix for local noticing      MONEY EXPRESS                        RELIABLE FINANCIAL SERVICES
0104-3                                PO BOX 9146                          PO BOX 21382
Case 15-07825-ESL13                   SAN JUAN, PR 00908-0146              SAN JUAN, PR 00928-1382
District of Puerto Rico
Old San Juan
Wed Aug  9 11:36:48 AST 2017

US Bankruptcy Court District of P.R.  Claro                                Coop A/C Las Piedras
Jose V Toledo Fed Bldg & US Courthouse PO Box 360998                       PO Box 414
300 Recinto Sur Street, Room 109      San Juan, PR 00936-0998              Las Piedras, PR  00771-0414
San Juan, PR 00901-1964


EASTERN AMERICA INSURANCE CO          First Federal Finance                MONEY EXPRESS
PO BOX 9023862                        PO Box 194499                        CONSUMER SERVICE CENTER
SAN JUAN, PR  00902-3862              San Juan, PR  00919-4499             BANKRUPTCY DIVISION (CODE 248)
                                                                           PO BOX 9146
                                                                           SAN JUAN, PR 00908-0146


Marilda Vallejo                       Susan Bonilla Flores, Esq.           ALEJANDRO OLIVERAS RIVERA
PO Box 194242                         PO Box 1004                          ALEJANDRO OLIVERAS CHAPTER 13 TRUS
San Juan, PR  00919-4242              Juncos, PR 00777-1004                PO BOX 9024062
                                                                           SAN JUAN, PR 00902-4062


ELISA ZAYAS ZAYAS                     MONSITA LECAROZ ARRIBAS              ROBERTO FIGUEROA CARRASQUILLO
HC 20 BOX 26375                       OFFICE OF THE US TRUSTEE (UST)       PO BOX 186
SAN LORENZO, PR 00754-9478            OCHOA BUILDING                       CAGUAS, PR 00726-0186
                                      500 TANCA STREET  SUITE 301
                                      SAN JUAN, PR 00901



              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



(d)RELIABLE FINANCIAL SERVICES, INC.  End of Label Matrix
P.O. BOX 21382                        Mailable recipients   14
SAN JUAN, PR  00928-1382              Bypassed recipients    0
                                      Total                 14
```