IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 15-07825/ESL |
| | * | |
| ELIZA ZAYAS ZAYAS | * | |
| | * | CHAPTER 13 |
| DEBTOR | * | |

### DEBTOR'S MOTION IN COMPLIANCE WITH ORDER DATED DECEMBER 18, 2018 DOCKET #55 RE: CURING OF PLAN PAYMENTS ARREARS

TO THE HONORABLE COURT:

**NOW COMES, ELIZA ZAYAS ZAYAS,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On December 18, 2018, the Court issued the following *Order*:

   "**ORDER:**

   The motion filed by Debtor requesting extension of time of (30) days to reply the motion to dismiss filed by Reliable Auto (docket #54) is hereby granted. Order due by January 14, 2019". *Order,* dated December 18, 2018, docket no. 55.

2. The Debtor respectfully submits that she has cured any and all arrears in her confirmed Plan payments to the Trustee. Attached is copy of *Trustee's Financial Summary,* to evidence payments.

3. The debtor respectfully submits that she is up-to-date in the confirmed Plan payments, thus, respectfully requests the Court to take note of said Plan payments and deny the Trustee's motion to dismiss, docket #50, in the above captioned case.

**WHEREFORE**, debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion in compliance with *Order* dated December 18, 2018, docket #55, in the above case.

Page – 2-
Debtor's Motion in Compliance with Order
Case no. 15-07825/ESL13

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send sent notice of same to: the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to debtor Eliza Zayas Zayas, HC20 Box 26375, San Lorenzo, PR 00754.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 3rd day of January, 2019.

*/s/ Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 11/2015 | $175.00 | $175.00 | | $0.00 |
| 2 | 12/2015 | $175.00 | | | $175.00 |
| 3 | 1/2016 | $175.00 | $175.00 | | $175.00 |
| 4 | 2/2016 | $175.00 | $175.00 | | $175.00 |
| 5 | 3/2016 | $175.00 | $175.00 | | $175.00 |
| 6 | 4/2016 | $175.00 | $175.00 | | $175.00 |
| 7 | 5/2016 | $175.00 | $175.00 | | $175.00 |
| 8 | 6/2016 | $175.00 | $175.00 | | $175.00 |
| 9 | 7/2016 | $175.00 | $175.00 | | $175.00 |
| 10 | 8/2016 | $175.00 | $175.00 | | $175.00 |
| 11 | 9/2016 | $175.00 | $175.00 | | $175.00 |
| 12 | 10/2016 | $175.00 | $175.00 | | $175.00 |
| 13 | 11/2016 | $175.00 | | | $350.00 |
| 14 | 12/2016 | $175.00 | $175.00 | | $350.00 |
| 15 | 1/2017 | $175.00 | $350.00 | | $175.00 |
| 16 | 2/2017 | $175.00 | $350.00 | | $0.00 |
| 17 | 3/2017 | $175.00 | | | $175.00 |
| 18 | 4/2017 | $175.00 | $175.00 | | $175.00 |
| 19 | 5/2017 | $175.00 | $175.00 | | $175.00 |
| 20 | 6/2017 | $175.00 | $175.00 | | $175.00 |
| 21 | 7/2017 | $175.00 | | | $350.00 |
| 22 | 8/2017 | $175.00 | $175.00 | | $350.00 |
| 23 | 9/2017 | $175.00 | $350.00 | | $175.00 |
| 24 | 10/2017 | $175.00 | | | $350.00 |
| 25 | 11/2017 | $175.00 | | | $525.00 |
| 26 | 12/2017 | $175.00 | $700.00 | | $0.00 |
| 27 | 1/2018 | $175.00 | | | $175.00 |
| 28 | 2/2018 | $175.00 | $175.00 | | $175.00 |
| 29 | 3/2018 | $175.00 | $175.00 | | $175.00 |
| 30 | 4/2018 | $175.00 | $350.00 | | $0.00 |
| 31 | 5/2018 | $175.00 | | | $175.00 |
| 32 | 6/2018 | $175.00 | $175.00 | | $175.00 |
| 33 | 7/2018 | $175.00 | $175.00 | | $175.00 |
| 34 | 8/2018 | $175.00 | $175.00 | | $175.00 |
| 35 | 9/2018 | $175.00 | $175.00 | | $175.00 |
| 36 | 10/2018 | $175.00 | | | $350.00 |
| 37 | 11/2018 | $175.00 | $175.00 | | $350.00 |
| 38 | 12/2018 | $175.00 | $525.00 | | $0.00 |
| 39 | 1/2019 | | | | $0.00 |

**Total Delinquent Amount: $0.00**



Print Page  Printer Friendly

## FINANCIAL SUMMARY - CASE 15-07825

ELISA ZAYAS ZAYAS paying $175.00 MONTHLY

Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | ShowAll

Limits: Select Start Date  Select Claim ID  Select Payee Name  Check Status: Cleared Stale Dated Stop Payment Cancelled Voided Outstanding

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 12/28/2018 | | | 6770 91W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 12/14/2018 | | | 5662 83W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 12/11/2018 | | | 5263 84W00 0003 | INTERNET PAYMENT RETURNED | ($175.00) | | |
| 12/10/2018 | | | 5263 84W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 12/10/2018 | | | 5197 65W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 11/26/2018 | | | 3870 42W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 11/7/2018 | | | 2074 36W00 0003 | INTERNET PAYMENT RETURNED | ($175.00) | | |
| 11/6/2018 | | | 2074 36W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 9/21/2018 | | | 6692 75W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 8/23/2018 | | | 3907 11W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 7/6/2018 | | | 7774 84W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 6/25/2018 | | | 6604 24W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 4/25/2018 | | | 9600 02W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 4/12/2018 | | | 7671 53W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 3/27/2018 | | | 5979 96W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 3/14/2018 | | | 4558 95W00 0003 | INTERNET PAYMENT RETURNED | ($175.00) | | |
| 3/13/2018 | | | 4558 95W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 2/6/2018 | | | 1422 75W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 12/22/2017 | | | 6655 73W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 12/18/2017 | | | 0714 86900 0003 | TELEPAGO | $175.00 | | |
| 12/18/2017 | | | 0714 86900 0003 | TELEPAGO | $175.00 | | |
| 12/18/2017 | | | 0714 86900 0003 | TELEPAGO | $175.00 | | |
| 9/15/2017 | | | 1820 51W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 9/13/2017 | | | 1539 11W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 8/28/2017 | | | 9084 19W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 6/2/2017 | | | 9637 51W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 5/2/2017 | | | 6320 15W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 4/11/2017 | | | 3499 77W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 2/17/2017 | | | 7551 38W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 2/13/2017 | | | 6907 74W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 1/18/2017 | | | 4305 19W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 1/4/2017 | | | 2963 69W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 12/2/2016 | | | 9164 17W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 10/28/2016 | | | 6043 99C00 0003 | INTERNET PAYMENT | $175.00 | | |
| 9/30/2016 | | | 3326 58C00 0003 | INTERNET PAYMENT | $175.00 | | |
| 8/16/2016 | | | 8404 93C00 0003 | INTERNET PAYMENT | $175.00 | | |
| 7/5/2016 | | | 4220 02C00 0003 | INTERNET PAYMENT | $175.00 | | |
| 6/13/2016 | | | 2355 84C00 0003 | INTERNET PAYMENT | $175.00 | | |
| 5/3/2016 | | | 7672 21C00 0003 | INTERNET PAYMENT | $175.00 | | |
| 4/6/2016 | | | 4591 24W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 3/8/2016 | | | 1944 40W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 2/1/2016 | | | 7806 07W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 1/4/2016 | | | 5369 73W00 0003 | INTERNET PAYMENT | $175.00 | | |
| 11/9/2015 | | | 1322 15W00 0003 | INTERNET PAYMENT | $175.00 | | |
| | | | | Totals: | $6,650.00 | $0.00 | |