IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 15-07825-ESL13 |
| ELISA ZAYAS ZAYAS | Chapter 13 |
| xx-xx-4255 | |
| Debtor | FILED & ENTERED ON NOV/18/2019 |

## ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following: Motion requesting entry of an order for Debtor to tender the 2015, 2016, 2017 & 2018 tax refunds, filed by Chapter 13 Trustee, docket #68.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18 day of November, 2019.

Enrique S. Lamoutte
United States Bankruptcy Judge