IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE No.: 15-07825 (ESL) |
| **ELISA ZAYAS ZAYAS** | CHAPTER 13 |
| Debtor | (X) 11 U.S.C. §1307(c)(1) and (6), on *Dismissal for cause* |
| MONEY EXPRESS | |
| Movant | |

**MOTION TO DISMISS**

TO THE HONORABLE COURT:

Comes now **MONEY EXPRESS** through its undersigning attorney and very respectfully alleges, states and prays:

1.  The case of reference was filed on October 5, 2015.  The plan dated December 12, 2015 (docket no. 13) was confirmed on April 7, 2016 (docket no. 24).

2.  Movant filed an unsecured proof of claim in the amount of $4,411.11 regarding account no. 5249, identified as no. 2 at Claims' Register.

3.  Debtor failed to comply with payments under the terms of the confirmed plan.  **According to the records made available by the Trustee as of October 16, 2020 Debtor owes $1,122.11, equivalent to 6.41 months due**.  (See *Attachment "A"*.)  [Movant's analysis on payments has been included with this motion as *Attachment "B"*.]  Debtor's inability to keep current payments to the trustee constitutes sufficient *cause* to request the dismissal of the instant case pursuant to the provisions of 11 U.S.C. §1307(c)(1) for *unreasonable delay by the debtor that is prejudicial to creditors*.

4.  Pursuant to the *Service Members Civil Relief Act*, the data of the Department of the Defense Manpower Data Center confirms that debtor is not a member of the Uniformed Services (U.S. Armed Forces, Navy, Marine Corps, Air Force, NOAA, Public Health or Coast Guard.) (See *Attachment "C"*.)

WHEREFORE for the above stated reasons, Movant respectfully requests from this Honorable Court to enter an order dismissing the instant case for cause, pursuant to the

Motion to dismiss                                                                                      2
FIRSTBANK Puerto Rico

dispositions of 11 U.S.C. §1307(c)(6), on the grounds of *material default by the debtor to the terms of the confirmed plan* and 11 U.S.C. §1307(c)(1) for *unreasonable delay by the debtor that is prejudicial to creditors.*

## NOTICE

Within thirty (30) days after service as evidenced by the certification and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this motion has been served or any other party to the action who objects to the relief sought herein, shall file and serve an objection or other appropriate response to this motion with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law, (2) the requested relief is against public policy or (iii) in the opinion of the Court, the interest of justice requires otherwise. (Local Bankruptcy Rule 9013-1(c)(2)(F)).

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 16th day of October, 2020.

## CERTIFICATE OF SERVICE

I hereby certify that a copy was served by CM/ECF at the authorized address to all creditors; Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee; Roberto Figueroa Carrasquillo, Esq., counsel for debtor, and to debtor by regular mail to the address of record: HC-20 Box 26375, San Lorenzo, P.R. 00754, as per the *List of Creditors.*

//s// Maricarmen Colón Díaz
**MARICARMEN COLON DIAZ**, Esq.
Attorney for Movant - USDC 211410
MARIA M. BENABE RIVERA - USDC 208906
P.O. Box 9146, Santurce, P.R. 00908-0146
Centro de Servicios al Consumidor (248)
1130 Muñoz Rivera Ave., San Juan, P.R.
Tel. (787) 729-8135 / Fax (787) 729-8276
maricarmen.colon@firstbankpr.com

**PRINT INQUIRY**     <u>Close Window</u>                        <u>Click Here to Print this Page</u>

| 15-07825-ESL | ELISA ZAYAS ZAYAS | | $175.00 MO | Bar Date(s): | 2/7/2016 (has passed) 4/2/2016 (has passed) |
|---|---|---|---|---|---|
| | | | | Confirmed: | 4/7/2016 |
| | **Trustee: ALEJANDRO OLIVERAS RIVERA** | **Attorney: ROBERTO FIGUEROA CARRASQUILLO*** | | Case Status: | ACTIVE-PRE-CLOSING AUDIT |

## Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 11/4/2015 | 60.00 | $175.00 | MONTHLY | ELISA ZAYAS ZAYAS | 10/6/2015 | |
| 11/4/2020 | end of plan | $0.00 | MONTHLY | ELISA ZAYAS ZAYAS | 10/6/2015 | |

**Forgive Information**

| Date | Amount | Description |
|---|---|---|
| | | |

Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 11/4/2015 | 12/3/2015 | $175.00 | $175.00 |
| 2 | 12/4/2015 | 1/3/2016 | $175.00 | $350.00 |
| 3 | 1/4/2016 | 2/3/2016 | $175.00 | $525.00 |
| 4 | 2/4/2016 | 3/3/2016 | $175.00 | $700.00 |
| 5 | 3/4/2016 | 4/3/2016 | $175.00 | $875.00 |
| 6 | 4/4/2016 | 5/3/2016 | $175.00 | $1,050.00 |
| 7 | 5/4/2016 | 6/3/2016 | $175.00 | $1,225.00 |
| 8 | 6/4/2016 | 7/3/2016 | $175.00 | $1,400.00 |
| 9 | 7/4/2016 | 8/3/2016 | $175.00 | $1,575.00 |
| 10 | 8/4/2016 | 9/3/2016 | $175.00 | $1,750.00 |
| 11 | 9/4/2016 | 10/3/2016 | $175.00 | $1,925.00 |
| 12 | 10/4/2016 | 11/3/2016 | $175.00 | $2,100.00 |
| 13 | 11/4/2016 | 12/3/2016 | $175.00 | $2,275.00 |
| 14 | 12/4/2016 | 1/3/2017 | $175.00 | $2,450.00 |
| 15 | 1/4/2017 | 2/3/2017 | $175.00 | $2,625.00 |
| 16 | 2/4/2017 | 3/3/2017 | $175.00 | $2,800.00 |
| 17 | 3/4/2017 | 4/3/2017 | $175.00 | $2,975.00 |
| 18 | 4/4/2017 | 5/3/2017 | $175.00 | $3,150.00 |
| 19 | 5/4/2017 | 6/3/2017 | $175.00 | $3,325.00 |
| 20 | 6/4/2017 | 7/3/2017 | $175.00 | $3,500.00 |
| 21 | 7/4/2017 | 8/3/2017 | $175.00 | $3,675.00 |
| 22 | 8/4/2017 | 9/3/2017 | $175.00 | $3,850.00 |
| 23 | 9/4/2017 | 10/3/2017 | $175.00 | $4,025.00 |
| 24 | 10/4/2017 | 11/3/2017 | $175.00 | $4,200.00 |
| 25 | 11/4/2017 | 12/3/2017 | $175.00 | $4,375.00 |
| 26 | 12/4/2017 | 1/3/2018 | $175.00 | $4,550.00 |
| 27 | 1/4/2018 | 2/3/2018 | $175.00 | $4,725.00 |
| 28 | 2/4/2018 | 3/3/2018 | $175.00 | $4,900.00 |
| 29 | 3/4/2018 | 4/3/2018 | $175.00 | $5,075.00 |
| 30 | 4/4/2018 | 5/3/2018 | $175.00 | $5,250.00 |
| 31 | 5/4/2018 | 6/3/2018 | $175.00 | $5,425.00 |
| 32 | 6/4/2018 | 7/3/2018 | $175.00 | $5,600.00 |
| 33 | 7/4/2018 | 8/3/2018 | $175.00 | $5,775.00 |
| 34 | 8/4/2018 | 9/3/2018 | $175.00 | $5,950.00 |
| 35 | 9/4/2018 | 10/3/2018 | $175.00 | $6,125.00 |
| 36 | 10/4/2018 | 11/3/2018 | $175.00 | $6,300.00 |
| 37 | 11/4/2018 | 12/3/2018 | $175.00 | $6,475.00 |
| 38 | 12/4/2018 | 1/3/2019 | $175.00 | $6,650.00 |
| 39 | 1/4/2019 | 2/3/2019 | $175.00 | $6,825.00 |
| 40 | 2/4/2019 | 3/3/2019 | $175.00 | $7,000.00 |
| 41 | 3/4/2019 | 4/3/2019 | $175.00 | $7,175.00 |

| 42 | 4/4/2019 | 5/3/2019 | | $175.00 | $7,350.00 |
| 43 | 5/4/2019 | 6/3/2019 | | $175.00 | $7,525.00 |
| 44 | 6/4/2019 | 7/3/2019 | | $175.00 | $7,700.00 |
| 45 | 7/4/2019 | 8/3/2019 | | $175.00 | $7,875.00 |
| 46 | 8/4/2019 | 9/3/2019 | | $175.00 | $8,050.00 |
| 47 | 9/4/2019 | 10/3/2019 | | $175.00 | $8,225.00 |
| 48 | 10/4/2019 | 11/3/2019 | | $175.00 | $8,400.00 |
| 49 | 11/4/2019 | 12/3/2019 | | $175.00 | $8,575.00 |
| 50 | 12/4/2019 | 1/3/2020 | | $175.00 | $8,750.00 |
| 51 | 1/4/2020 | 2/3/2020 | | $175.00 | $8,925.00 |
| 52 | 2/4/2020 | 3/3/2020 | | $175.00 | $9,100.00 |
| 53 | 3/4/2020 | 4/3/2020 | | $175.00 | $9,275.00 |
| 54 | 4/4/2020 | 5/3/2020 | | $175.00 | $9,450.00 |
| 55 | 5/4/2020 | 6/3/2020 | | $175.00 | $9,625.00 |
| 56 | 6/4/2020 | 7/3/2020 | | $175.00 | $9,800.00 |
| 57 | 7/4/2020 | 8/3/2020 | | $175.00 | $9,975.00 |
| 58 | 8/4/2020 | 9/3/2020 | | $175.00 | $10,150.00 |
| 59 | 9/4/2020 | 10/3/2020 | | $175.00 | $10,325.00 |
| 60 | 10/4/2020 | 11/3/2020 | | $175.00 | $10,500.00 |
| Total | | | | | **$10,500.00** |

Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 11/4/2020 | 12/3/2020 | $0.00 | $0.00 |
| 2 | 12/4/2020 | 1/3/2021 | $0.00 | $0.00 |
| 3 | 1/4/2021 | 2/3/2021 | $0.00 | $0.00 |
| 4 | 2/4/2021 | 3/3/2021 | $0.00 | $0.00 |
| 5 | 3/4/2021 | 4/3/2021 | $0.00 | $0.00 |
| 6 | 4/4/2021 | 5/3/2021 | $0.00 | $0.00 |
| 7 | 5/4/2021 | 6/3/2021 | $0.00 | $0.00 |
| 8 | 6/4/2021 | 7/3/2021 | $0.00 | $0.00 |
| 9 | 7/4/2021 | 8/3/2021 | $0.00 | $0.00 |
| 10 | 8/4/2021 | 9/3/2021 | $0.00 | $0.00 |
| 11 | 9/4/2021 | 10/3/2021 | $0.00 | $0.00 |
| 12 | 10/4/2021 | 11/3/2021 | $0.00 | $0.00 |
| 13 | 11/4/2021 | 12/3/2021 | $0.00 | $0.00 |
| 14 | 12/4/2021 | 1/3/2022 | $0.00 | $0.00 |
| 15 | 1/4/2022 | 2/3/2022 | $0.00 | $0.00 |
| 16 | 2/4/2022 | 3/3/2022 | $0.00 | $0.00 |
| 17 | 3/4/2022 | 4/3/2022 | $0.00 | $0.00 |
| 18 | 4/4/2022 | 5/3/2022 | $0.00 | $0.00 |
| 19 | 5/4/2022 | 6/3/2022 | $0.00 | $0.00 |
| 20 | 6/4/2022 | 7/3/2022 | $0.00 | $0.00 |
| 21 | 7/4/2022 | 8/3/2022 | $0.00 | $0.00 |
| 22 | 8/4/2022 | 9/3/2022 | $0.00 | $0.00 |
| 23 | 9/4/2022 | 10/3/2022 | $0.00 | $0.00 |
| Total | | | | **$0.00** |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 11/2015 | $175.00 | $175.00 | | $0.00 |
| 2 | 12/2015 | $175.00 | | | $175.00 |
| 3 | 1/2016 | $175.00 | $175.00 | | $175.00 |
| 4 | 2/2016 | $175.00 | $175.00 | | $175.00 |
| 5 | 3/2016 | $175.00 | $175.00 | | $175.00 |
| 6 | 4/2016 | $175.00 | $175.00 | | $175.00 |
| 7 | 5/2016 | $175.00 | $175.00 | | $175.00 |
| 8 | 6/2016 | $175.00 | $175.00 | | $175.00 |
| 9 | 7/2016 | $175.00 | $175.00 | | $175.00 |
| 10 | 8/2016 | $175.00 | $175.00 | | $175.00 |
| 11 | 9/2016 | $175.00 | $175.00 | | $175.00 |
| 12 | 10/2016 | $175.00 | $175.00 | | $175.00 |

| 13 | 11/2016 | $175.00 | | | $350.00 |
| 14 | 12/2016 | $175.00 | $175.00 | | $350.00 |
| 15 | 1/2017 | $175.00 | $350.00 | | $175.00 |
| 16 | 2/2017 | $175.00 | $350.00 | | $0.00 |
| 17 | 3/2017 | $175.00 | | | $175.00 |
| 18 | 4/2017 | $175.00 | $175.00 | | $175.00 |
| 19 | 5/2017 | $175.00 | $175.00 | | $175.00 |
| 20 | 6/2017 | $175.00 | $175.00 | | $175.00 |
| 21 | 7/2017 | $175.00 | | | $350.00 |
| 22 | 8/2017 | $175.00 | $175.00 | | $350.00 |
| 23 | 9/2017 | $175.00 | $350.00 | | $175.00 |
| 24 | 10/2017 | $175.00 | | | $350.00 |
| 25 | 11/2017 | $175.00 | | | $525.00 |
| 26 | 12/2017 | $175.00 | $700.00 | | $0.00 |
| 27 | 1/2018 | $175.00 | | | $175.00 |
| 28 | 2/2018 | $175.00 | $175.00 | | $175.00 |
| 29 | 3/2018 | $175.00 | $175.00 | | $175.00 |
| 30 | 4/2018 | $175.00 | $350.00 | | $0.00 |
| 31 | 5/2018 | $175.00 | | | $175.00 |
| 32 | 6/2018 | $175.00 | $175.00 | | $175.00 |
| 33 | 7/2018 | $175.00 | $175.00 | | $175.00 |
| 34 | 8/2018 | $175.00 | $175.00 | | $175.00 |
| 35 | 9/2018 | $175.00 | $175.00 | | $175.00 |
| 36 | 10/2018 | $175.00 | | | $350.00 |
| 37 | 11/2018 | $175.00 | $175.00 | | $350.00 |
| 38 | 12/2018 | $175.00 | $525.00 | | $0.00 |
| 39 | 1/2019 | $175.00 | | | $175.00 |
| 40 | 2/2019 | $175.00 | $175.00 | | $175.00 |
| 41 | 3/2019 | $175.00 | $175.00 | | $175.00 |
| 42 | 4/2019 | $175.00 | $175.00 | | $175.00 |
| 43 | 5/2019 | $175.00 | | | $350.00 |
| 44 | 6/2019 | $175.00 | $175.00 | | $350.00 |
| 45 | 7/2019 | $175.00 | $350.00 | | $175.00 |
| 46 | 8/2019 | $175.00 | | | $350.00 |
| 47 | 9/2019 | $175.00 | $350.00 | | $175.00 |
| 48 | 10/2019 | $175.00 | | | $350.00 |
| 49 | 11/2019 | $175.00 | $175.00 | | $350.00 |
| 50 | 12/2019 | $175.00 | $175.00 | | $350.00 |
| 51 | 1/2020 | $175.00 | $175.00 | | $350.00 |
| 52 | 2/2020 | $175.00 | | | $525.00 |
| 53 | 3/2020 | $175.00 | $175.00 | | $525.00 |
| 54 | 4/2020 | $175.00 | ($159.69) | | $859.69 |
| 55 | 5/2020 | $175.00 | | | $1,034.69 |
| 56 | 6/2020 | $175.00 | | | $1,209.69 |
| 57 | 7/2020 | $175.00 | | | $1,384.69 |
| 58 | 8/2020 | $175.00 | $612.50 | | $947.19 |
| 59 | 9/2020 | $175.00 | | | $1,122.19 |
| 60 | 10/2020 | $175.00 | $175.00 | | $1,122.19 |

**Total Delinquent Amount: $1,122.19**





Attachment "B"

# Analysis Sheet to Determine Arrears to Trustee

| | | |
|---|---|---|
| **IN RE :** | ELISA ZAYAS ZAYAS | **Case #** 15-07825 ESL |
| **Date petition filed:** | 5-Oct-15 | |
| **First payment due date :** | 5-Nov-15 | |
| **According to Plan Dated on:** | 22-Dec-15 | |
| **Monthly Payment of :** | $ 175.00 | |
| **Term :** | 60 | |
| **Pass Term:** | 60 | |
| **Should Have Paid In:** | $ 10,500.00 | |
| **Total Paid Into Plan:** | $ 9,202.81 | |
| **Amount in Arrears:** | $ **1,297.19** | |
| **Total Amount due:** | **$1,122.19**   **(6.41 months)** | |
| **Printed On :** | 16-Oct-20 | |
| **Prepared by :** | MARICARMEN COLON, Esq. | |



Department of Defense Manpower Data Center

Results as of : Oct-16-2020 10:03:57 AM

SCRA 5.6

## Status Report
## Pursuant to Servicemembers Civil Relief Act

*Attachment "c"*

| | |
|---|---|
| SSN: | XXX-XX-4255 |
| Birth Date: | May-XX-1986 |
| Last Name: | ZAYAS ZAYAS |
| First Name: | ELISA |
| Middle Name: | |
| Status As Of: | Oct-16-2020 |
| Certificate ID: | SYPDW6WQ8QCJXGL |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955