IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>ELISA ZAYAS ZAYAS<br><br><br><br>xx-xx-4255<br><br><br>Debtor | CASE NO. 15-07825-ESL13<br>Chapter 13<br><br><br><br><br><br><br>FILED & ENTERED ON NOV/16/2020 |

ORDER

    The motion filed by Debtor requesting an extension of time to reply the Money Express' motion to dismiss (docket #90) is hereby granted.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 16 day of November, 2020.

*Enrique S. Lamoutte*
United States Bankruptcy Judge