IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO 15-07825 ESL |
|---|---|
| ELISA ZAYAS ZAYAS | CHAPTER 13 |
| DEBTOR | |

**DEBTOR'S OMNIBUS REPLY TO *TRUSTEE'S MOTION TO DISMISS*
DOCKET NO. 83
AND *MOTION TO DISMISS* FILED BY MONEY EXPRESS DOCKET NO. 86**

TO THE HONORABLE COURT:

**COMES NOW, ELISA ZAYAS ZAYAS**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

**1.** On August 05, 2020, the Chapter 13 Trustee filed a *Trustee's Motion to Dismiss*, Docket No. 83, on the grounds that the Debtor was in arrears in the confirmed Plan payments, in the above captioned case.

**2.** On October 16, 2020, Money Express filed a *Motion to Dismiss*, Docket No. 86, on the grounds that the Debtor was in default in the confirmed Plan payments to the Chapter 13 Trustee, in the above captioned case.

**3.** The Debtor respectfully states that she [the Debtor] had requested the Court to grant her extensions of time within to cure the aforementioned Plan arrears and the Court had granted the same. See: Docket No.'s 85, 91, 92.

**4.** The Debtor respectfully states that she has been unable to cure the Plan arrears and on this same date, December 14, 2020, the Debtor filed a request to convert the above captioned Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code, Docket No. 95, in the present case.

**5.** Should this Honorable Court grant the Debtor's request for conversion to a case under Chapter 7, the Trustee's request for dismissal and Money Express's motion requesting dismissal, both would become "moot".

**6.** Based on the aforementioned, the Debtor respectfully requests this Honorable Court that upon conversion to a case under Chapter 7, to deny the Trustee's motion for dismissal, Docket No. 83 and Money Express's *Motion to Dismiss*, Docket No. 86 since upon conversion to Chapter 7, said motions for dismissal become "moot".

**WHEREFORE** the Debtor respectfully prays that based on the above stated grounds, the Trustee's motion for dismissal, Docket No. 83 and Money Express's *Motion to Dismiss*, Docket No. 86, be denied.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee Alejandro Oliveras Rivera, Esq., the the US. Trustee's Office; Maricarmen Colon Diaz, Esq., Counsel for Money Express; and also I certify that I have mailed by United States Postal Service copy of this motion to the following non-participant: the Debtor, Elisa Zayas Zayas, HC 20 Box 26375 San Lorenzo PR 00754, in the above captioned case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 14th day of December, 2020.

/s/***Roberto Figueroa Carrasquillo***
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726-0816
TEL 787-744-7699 787-963-7699
FAX 787-746-5294
EMAIL: rfc@rfigueroalaw.com